02D02-2304-CT-000263
Allen Superior Court 2

Filed: 4/10/2023 1:39 PM
Clerk
Allen County, Indiana
BB

## INDIANA COMMERCIAL COURT

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE ALLEN SUPERIOR COURT |
| | ) SS: | |
| COUNTY OF ALLEN | ) | CAUSE NO: |

KISSINGER ELECTRIC, INC.   )
                           )
    Plaintiff,             )
                           )
v.                         )
                           )
JPMORGAN CHASE BANK,       )
NATIONAL ASSOCIATION       )
                           )
    Defendant.             )

### COMPLAINT

Plaintiff, Kissinger Electric, Inc., by counsel, for its Complaint against Defendant, JPMorgan Chase Bank, National Association, alleges and states as follows:

### PARTIES, VENUE, AND JURISDICTION

1. Kissinger Electric, Inc. ("Kissinger") is an Indiana corporation doing business in Allen County, Indiana.

2. JPMorgan Chase Bank, National Association ("JPMorgan") is an Indiana corporation doing business in Allen County, Indiana.

3. Commercial Court jurisdiction is provided by Commercial Court Rule 2(E)(1).

## FACTS

4. On or before June 29, 2022, Michael Kinder & Sons Inc ("MKS") issued a check (the "Check") drawn on its account with JPMorgan, check number 79050 in the amount of $80,639.28.

5. MKS intended that the Check be payable to Kissinger to satisfy certain obligations MKS had to Kissinger for work performed and completed.

6. MKS made the Check payable to Kissinger and, on July 29, 2022, delivered it to Kissinger via regular US mail.

7. After the Check was delivered to Kissinger, it along with four other checks were stolen out of Kissinger's mailbox.

8. On or before August 15, 2022, the Check was deposited into an unknown account.

9. Although the identity of the person (the "Unidentified Person") who purportedly endorsed the Check is also unknown, the person was not Kissinger's agent or employee, did not identify him or herself as such, and is presumed to be, or acting in concert with the Unidentified Person.

10. Kissinger did not open, nor does it have any rights in the account into which the Check was deposited.

11. On August 15, 2022, JPMorgan paid the Check and debited MKS's account.

12. On December 12, 2022, Kissinger discovered that the Check had been stolen.

13. At least two separate banks refused to honor other stolen checks.

14. On February 14, 2023, Kissinger demanded that JPMorgan pay Kissinger $80,639.28 (the Check's face value) by March 16, 2023.

15. As of the date of this Complaint, JPMorgan has failed to pay Kissinger.

## ACTION FOR CONVERSION
### Ind. Code § 26-1-3.1-420(a)

16. Plaintiff incorporates and realleges the allegations of paragraphs one through fifteen as if restated herein.

17. Article 3.1 of Indiana's Uniform Commercial Code, Ind. Code § 26-1-3.1-101 *et seq.* ("UCC") delineates the liabilities of parties with regard to stolen checks.

18. If a bank makes payment on an instrument[1] for a person not entitled to enforce[2] the instrument or receive payment, the UCC provides the instrument's payee[3] with a cause of action against the bank for conversion, unless the party seeking to bring the action is the issuer[4] of the instrument or a payee who did not receive delivery of the instrument. Ind. Code § 26-1-3.1-420(a).

19. JPMorgan is a "bank" as that term is defined in Ind. Code § 26-1-4-105(1).

20. The Check is an "instrument" as that term is defined in Ind. Code § 26-1-3.1-104(b).

21. The Unidentified Person was not a "person entitled to enforce" the Check as that term is defined in Ind. Code § 26-1-3.1-301(1).

---

[1] An "instrument" is a negotiable instrument (Ind. Code § 26-1-3.1-104(b); a "negotiable instrument" is "an unconditional... order to pay a fixed amount of money..." (Ind. Code § 26-1-3.1-104(a)). An "order" is a "written instruction to pay money signed by the person giving the instruction." Ind. Code § 26-1-3.1-103(6). An instrument that is an order is called a "draft". Ind. Code § 26-1-3.1-104(e). A "check" is a draft payable on demand and drawn on a bank. Ind. Code § 26-1-3.1-104(f).

[2] A "person entitled to enforce" an instrument is the instrument's holder (Ind. Code § 26-1-3.1-301(1)); a "holder" of an instrument is the person in possession of a negotiable instrument that is payable to an identified person, if that person possesses the instrument (Ind. Code § 26-1-1-201(20)(A))

[3] A payee is the person to whom the drawer intends the instrument be initially payable. *See* Ind. Code § 26-1-3.1-110(a).

[4] An "issuer" is the drawer of an instrument. Ind. Code § 26-1-3.1-105(c). A "drawer" of an instrument is the person identified in a draft ordering payment. Ind. Code § 26-1-3.1-103(a)(5).

22. Likewise, the Unidentified Person was not entitled to receive payment from the Check.

23. Kissinger is the Check's "payee" as that term is defined in Ind. Code § 26-1-3.1-110.

24. Kissinger received delivery of the Check when it was deposited into its mailbox. *See* Ind. Code Ann. § 26-1-3.1-420, Comment 1 ("The payee receives delivery when the check comes into the payee's possession, as for example when it is put into the payee's mailbox.")

25. JPMorgan paid the Check to the Unidentified Person.

26. Kissinger did not consent to or otherwise authorize JPMorgan to pay the Check to the Unidentified Person.

27. By paying the Check, JPMorgan converted the personal property and/or rights of Kissinger, as provided in Ind. Code § 26-1-3.1-420(a).

28. As a direct result of JPMorgan's payment to the Unidentified Person, Kissinger has suffered damages.

WHEREFORE, Plaintiff, Kissinger Electric, Inc., by counsel, respectfully requests that the court enter judgment against Defendant, JPMorgan Chase Bank, National Association, in an amount that

includes Plaintiff's actual damages and costs, and award Plaintiff all other relief just and proper.

Respectfully submitted,

BECKMAN LAWSON, LLP

By: /s/ *Craig R. Patterson*
Craig R. Patterson, #18104-02
David M. Mustard, #30056-02
Caleb R. Patterson, #37569-29
201 W. Wayne St.
Fort Wayne, IN 46802
Telephone: (260) 422-0800
Attorneys for Plaintiff
