IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| KISSINGER ELECTRIC, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action File No. 1:23-cv-00188 |
| | ) |
| JPMORGAN CHASE BANK, | ) |
| NATIONAL ASSOCIATION, | ) |
| | ) |
| Defendant. | ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Kissinger Electric, Inc., by counsel, and Defendant JPMorgan Chase Bank, National Association, by counsel, respectfully file this joint stipulation of dismissal of Plaintiff's Complaint with prejudice, each party bearing its own fees and costs.

Respectfully submitted,

| BARNES & THORNBURG LLP | BECKMAN LAWSON, LLP |
|---|---|
| By: /s/ Lisa D. Starks | By: /s/ Craig R. Patterson |
| Lisa D. Starks, #26625-49 | Craig R. Patterson, #18104–02 |
| lisa.starks@btlaw.com | cpatterson@beckmanlawson.com |
| Zachary L. Barron, #36766-02 | David Mustard, #30056-02 |
| zach.barron@btlaw.com | dmustard@beckmanlawson.com |
| 888 S. Harrison Street, Suite 600 | Caleb R. Patterson, #37569-29 |
| Fort Wayne, IN 46802 | calebpatterson@beckmanlawson.com |
| Telephone: (260) 423-9440 | 201 West Wayne Street |
| ATTORNEYS FOR DEFENDANT | Fort Wayne, IN 46802 |
| | Telephone: (260) 422–0800 |
| | ATTORNEYS FOR PLAINTIFF |